IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

R.G.F.,                                    *

    Petitioner,                         *

vs.                                        *

                               CASE NO. 4:26-cv-811-CDL-ALS

WARDEN, STEWART DETENTION             *
CENTER, *et al.*,

                               *

    Respondents.                        *
_____    *

## O R D E R

    Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

    IT IS SO ORDERED, this 24th day of July, 2026.

                            s/Clay D. Land
                             CLAY D. LAND
                             U.S. DISTRICT COURT JUDGE
                             MIDDLE DISTRICT OF GEORGIA